FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION

CASE NO. 4:23-cv-00513-LPR-JTR

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 02 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: JOSEPH WILLIAMS
ADC # 130164

Address: 3201 WEST ROOSEVELT RD. LITTLE ROCK, AR 72204

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: TURN KEY HEALTH

Position: MENTAL HEALTH SERVICE PROVIDER

Place of employment: PULASKI COUNTY JAIL

Address: 3201 WEST ROOSEVELT RD. LITTLE ROCK, AR 72204

Name of defendant: NURSE CLARK W/ TURN KEY HEALTH

Position: LPN/RN

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ray

-4-

Place of employment: PULASKI COUNTY JAIL

Address: 3201 WEST ROOSEVELT RD. LITTLE ROCK, AR 72204

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

      ☐    Court (if federal court, name the district; if state court, name the county):

      _____

      ☐    Docket Number: _____

      ☐    Name of judge to whom case was assigned: _____

      ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      ☐    Approximate date of filing lawsuit: _____

      ☐    Approximate date of disposition: _____

IV.   Place of present confinement: __Pulaski County Jail__

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

   __✓__ in jail and still awaiting trial on pending criminal charges

   _____ serving a sentence as a result of a judgment of conviction

   _____ in jail for other reasons (e.g., alleged probation violation, etc.)
       explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

       Yes __✓__   No ____

   B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___  — ALSO SIDE NOTE: I WROTE AN EMERGENCY (PAPER) & ELECTRONIC GRIEVANCE BUT HAVE YET TO GET A RESPONSE (ELECTRONIC GRIEVANCE VIA KIOSK MACHINE) TIMETABLE - 1 MONTH

If not, why? _____

VII.   **Statement of claim**

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON THE DATE OF 5·5·23, I WOKE UP TO A 2AM PILL CALL BY NURSE CLARK. HOWEVER THE MEDICINE THAT I WAS GIVEN WAS NOT MINES. I'M PRESCRIBED IBUPROFEN, BUT WAS GIVEN PSYCHOTIC PILLS THAT WERE SUPPOSED TO BE FOR THE "GUY" ACROSS THE HALL. I YELLED OUT THE DOOR TO DEPUTY MILLER AND TO NURSE CLARK THAT A HUGE MISTAKE WAS MADE BUT WAS TOTALLY IGNORED. WHEN SHE (NURSE CLARK) FINALLY CAME BACK, SHE ASKED "WHAT WAS THE PROBLEM". I LET HER KNOW ABOUT THE ERROR AND SHE FIRST TOLD ME THAT I WAS LYING, AND THEN SHE STATED "OH WELL, YOU ASKED FOR THE PILLS" (INMATE BURTON'S #116 MEDICINE). I RESPONDED BY LETTING HER KNOW THAT THE BODYCAM AND AERIAL OVERHEAD CAMERA CAPTURED EVERYTHING! SHE IMMEDIATELY CHANGED HER TONE AND SAID SHE WOULD NOTIFY THE CHARGE NURSE TO NO AVAIL. I NEVER HEARD ANYTHING BACK FROM ANYONE. I STARTED THE GRIEVANCE PROCESS THE NEXT DAY. THAT WAS ABOUT A MONTH AGO. TIL THIS DAY, NO RESPONSE.

AFTER TAKING THE MEDICINE, I HAD TO DO SELF-INDUCED VOMITING THAT PRODUCED NOTHING BUT A DRY HEAVE. I ALSO STAYED UP ALL NIGHT (FIGHTING MY SLEEP) OUT OF FEAR THAT I WOULD DIE. AND I DRANKED 2 MILKS AT BREAKFAST TO ABSORB THE MEDICINE. NO HELP WHATSOEVER!

-7-

STATEMENT OF CLAIM (CON'T)                              5·27·23

- NURSE CLARK IS AN EMPLOYER OF TURN KEY HEALTH SERVICES

- TURN KEY HEALTH IS SUB-CONTRACTED BY PULASKI COUNTY

- UPDATE... THERE ISN'T ANY APPEAL PROCESS         X ⓒ Joseph
- I WOULD LIKE TO SUPEONA AUDIO + VIDEO FOOTAGE FROM   Williams
  UNIT LOWER SUBDAY ROOM FROM THAT NIGHT!

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I WOULD LIKE TO BE COMPENSATED $25,000 FOR PAIN & SUFFERING. I WOULD LIKE A FORMAL APOLOGY (WHETHER FACE-TO FACE OR BY LETTER) AND I WOULD LIKE TURN KEY TO RECTIFY THE WAY "THEY" ADMINISTER MEDICATION TO PREVENT FURTHER OCCURRENCES. THIS COULD POTENTIALLY BE FATAL.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27TH day of MAY, 20 23.

X Forest Williams

Signature(s) of plaintiff(s)

JOSEPH WILLIAMS #03983-23
3201 W. ROOSEVELT RD.
LITTLE ROCK, AR 72204



LITTLE ROCK AR 720
31 MAY 2023 PM 3

US POSTAGE
$00.84⁰
First-Class
Mailed From 72204
05/30/2023
032A 0061864891

2023 JUN -2 A

ARO St CLERK
600 WEST CAPITOL AVE. RM A-149
LITTLE ROCK, AR 72201

72201-332999