FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 20 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CASE NO. 4:23-CV-513-LPR-JTR

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your **full** name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: JOSEPH PIERRE WILLIAMS
ADC # 136164
Address: 3201 WEST ROOSEVELT RD. LITTLE ROCK, AR 72204

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: TURN KEY HEALTH
Position: MENTAL HEALTH SERVICE PROVIDER
Place of employment: PULASKI COUNTY JAIL
Address: 3201 WEST ROOSEVELT RD. LITTLE ROCK, AR 72204

Name of defendant: NURSE CLARK W/ TURN KEY HEALTH
Position: LPN/RN

-4-

Place of employment: PULASKI COUNTY JAIL

Address: 3201 W.<sup>EST</sup> ROOSEVELT RD. LITTLE ROCK, AR 72204

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐   Court (if federal court, name the district; if state court, name the county): _____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: **PULASKI COUNTY JAIL**

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

   ✓  in jail and still awaiting trial on pending criminal charges

   ___ serving a sentence as a result of a judgment of conviction

   ___ in jail for other reasons (e.g., alleged probation violation, etc.)
       explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

      Yes ✓   No ___

   B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

JOSEPH WILLIAMS #03963-23
3201 WEST ROOSEVELT RD.
LITTLE ROCK, AR. 72204

 

US POSTAGE
$01.08⁰
First-Class
Mailed From 72204
06/15/2023
032A 0061864891

PRO SE CLERK
600 WEST CAPITOL AVE. SUITE A-149
LITTLE ROCK, AR 72201

JLM