IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH WILLIAMS**  **PLAINTIFF**
**#26763-009**

v.  No. 4:23-CV-00513-LPR

**TURN KEY HEALTH, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 8th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE